# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARTIN MARTINEZ CARRILLO, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77137

FILED

OCT 1 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal "from the final judgment/order (in case CR-FP-13-0808)." Fourth Judicial District Court, Elko County; Alvin R. Kacin, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on February 27, 2014, and the amended judgment of conviction on March 12, 2014. Appellant did not file the notice of appeal, however, until October 4, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-41202

cc: Hon. Alvin R. Kacin, District Judge
Martin Martinez Carrillo, Jr.
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A